UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEAN M. RYNDERS and TIMOTHY W. RYNDERS,

    Plaintiffs,

    v.

SUPERVALU, INC. d/b/a SHOP'N'SAVE,

    Defendant.

Case No. 07-cv-576-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's October 19, 2007, order to show cause (Doc. 13) on or before November 2, 2007, why the Court should not construe the plaintiffs' failure to timely respond to the defendant's motion to dismiss (Doc. 5) as an admission of the merits of the motion and dismiss this case. The Court warned the plaintiffs that their failure to respond in a timely manner to the order to show cause could result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

The plaintiffs have not responded to the order to show cause. Accordingly, as it warned it might in the order to show cause, the Court construes the plaintiffs' failure to respond to the motion as an admission of the merits of the motion, **GRANTS** the motion to dismiss (Doc. 5), **DISMISSES** this case **with prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: November 15, 2007**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**