UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEAN M. RYNDERS and TIMOTHY W. RYNDERS,

    Plaintiffs,

  v.

SUPERVALU, INC. d/b/a SHOP'N'SAVE,

    Defendant.

Case No. 07-cv-576-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  November 15, 2007**     **NORBERT JAWORSKI, Clerk**

                                                              **s/Brenda K. Lowe**
                                                              **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**