# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN M. RYNDERS and TIMOTHY W. RYNDERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 07-cv-576-JPG-CJP ) |
| SUPERVALU, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  April 13, 2009**

                                            **JUSTINE FLANAGAN, ACTING CLERK**

                                            **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
                    **U. S. DISTRICT JUDGE**